IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONEY SEARCY,
  Plaintiff,

v.

NANCY A. BERRYHILL
COMMISSIONER OF SOCIAL
SECURITY,
  Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-680-TWT

**ORDER**

This is an action seeking judicial review of a decision of the Commissioner denying the Plaintiff's application for an award of Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending affirming the decision of the Commissioner. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is AFFIRMED and this action is DISMISSED.

SO ORDERED, this 6 day of August, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge